IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MCKEON | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 09-4571 |
| COMMONWEALTH OF PENNSYLVANIA;  | : | |
| EDWARD RENDELL, Governor; THOMAS | : | |
| CORBETT, Attorney General; MICHAEL | : | |
| CASSIDY, Esq.; and MONTGOMERY | : | |
| COUNTY BOARD OF COMMISSIONER, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 23rd day of February, 2010, **IT IS ORDERED** as follows:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915(b);

2. The Complaint filed on October 23, 2009 (Document Number 5) is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2), with leave to file a third complaint as set forth in the accompanying memorandum filed on this date, within forty-five (45) days from the filing date of this order; and

3. The Clerk of Court shall mark this case **CLOSED**.

                                        **BY THE COURT:**

                                          /s/ Jan E. DuBois
                                        **JAN E. DUBOIS, J.**