# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MCKEON | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 09-4571 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA;  | : | |
| JUDGE MAURINO J. ROSSANESE; | : | |
| MONTGOMERY COUNTY COMMISSION; | : | |
| MICHAEL CASSIDY, Esq., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 26th day of April, 2010, **IT IS ORDERED** as follows:

1. The Amended Complaint of Violation of Civil Rights filed on April 2, 2010 (Document Number 12), referred to in the attached Memorandum as Third Complaint, is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2), with leave to file a fourth complaint in accordance with the attached Memorandum, and the Memorandum dated February 22, 2010, if warranted by the facts, within forty-five (45) days of the date of this Order; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


   /s/ Jan E. DuBois   
JAN E. DUBOIS, J.